BRIAN J. STRETCH (CA Bar No. 163973)
Acting United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LITE MACHINES, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>OSTERHOUT GROUP, INC., *et al.*, <br><br>    Defendants. | Case No. C 15-2977 EDL <br><br>**UNITED STATES' REQUEST TO UNSEAL CASE; [~~PROPOSED~~] ORDER TO UNSEAL** <br><br>**FILED UNDER SEAL** |

    This action was filed under seal pursuant to the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b). On March 2, 2016, Relator, Lite Machines, Inc., filed a voluntary dismissal of this action, to which the United States did not object. On March 4, 2016, the Court entered an order dismissing the action without prejudice. The dismissal occurred while the case was still under seal. Typically, when the United States notifies the Court of its decision whether to intervene in a *qui tam* case, the government also asks the Court to unseal the case. However, in this case, the dismissal occurred before the United States was able to do so.

REQUEST TO UNSEAL
No. C 15-2977 EDL

The United States now respectfully requests that the Court unseal: (1) Relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) Plaintiff's Motion for Voluntary Dismissal; (5) the March 4, 2016 Order dismissing the case; (6) this Request to Unseal Case, with [Proposed] Order to Unseal; and (7) all future filings in this action. The United States requests that all other contents of the Court's file in this matter (including any applications filed by the United States for extensions of the sixty-day investigative period and related orders) remain under seal. The undersigned government counsel understands from communications with Relator's counsel that Relator does not object to this unsealing request.

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

Dated: March 14, 2016        By: /s/ Sara Winslow

SARA WINSLOW
Assistant United States Attorney
Attorneys for the United States of America

//
//
//
//
//
//
//
//
//
//

REQUEST TO UNSEAL
No. C 15-2977 EDL

## [PROPOSED] ORDER TO UNSEAL

IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, Plaintiff's Motion for Voluntary Dismissal, the Court's March 4, 2016 Order dismissing the case, the United States' Request to Unseal Case, and this Order are hereby unsealed.

2. Any other applications filed under seal by the United States shall remain under seal.

3. The seal shall be lifted as to any other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: Mar 15, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge

REQUEST TO UNSEAL
No. C 15-2977 EDL

3